IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| RICHARD F. SOBRILSKI, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 04-3339-CV-S-SOW-H |
| | ) | |
| ROBERT McFADDEN, Warden, | ) | |
| United States Medical Center for | ) | |
| Federal Prisoners, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER

Before this Court is the Report and Recommendation of Chief United States Magistrate Judge James C. England regarding petitioner's Petition for Writ of Habeas Corpus (Doc. # 1). The Report and Recommendation of the Magistrate in this case is both thorough and well-reasoned. This Court agrees with this recommendation and sees no reason to comment further. Accordingly, it is hereby

ORDERED that petitioner's Petition for Writ of Habeas Corpus (Doc. # 1) is denied. It is further

ORDERED that petitioner's Motion to Proceed In Forma Pauperis (Doc. # 2) is denied. It is further

ORDERED that petitioner's Motion to Appoint Counsel (Doc. # 3) is denied.

/s/Scott O. Wright
SCOTT O. WRIGHT
Senior United States District Judge

Dated: June 1, 2006